# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID SHELTON, | ) | 3:19-cv-00420-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 15, 2021 |
| MICHAEL MINEV, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KAREN WALKER </u>   REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for USM-285 Form to Complete Service on Defendant Deseree Hultenschmidt" (ECF No. 41). Plaintiff states that he did not receive the USM-285 form referred to in the court's order of December 29, 2020 (ECF No. 33), and requests another USM-285 form be sent so Defendant Hultenschmidt can be served.

**IT IS HEREBY ORDERED** that Plaintiff's "Request for USM-285 Form to Complete Service on Defendant Deseree Hultenschmidt" (ECF No. 41) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue a summons for **Deseree Hultenschmidt** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 31). The Clerk shall also send one (1) copy of Plaintiff's Complaint (ECF No. 4), one (1) copy of the court's screening order (ECF No. 3), and one (1) copy of this order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, April 9, 2021,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant **Deseree Hultenschmidt** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DEBRA K. KEMPI, CLERK
By:  <u>     /s/                              </u>
Deputy Clerk